Ira J. GIBSON, Appellant,

v.

MILLCREEK OF ARKANSAS, Appellee.

No. 11–1425.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 9, 2011.

Filed: Oct. 20, 2011.

Shawn Garrick Childs, John Winfred Walker, Sr., John W. Walker, Little Rock, AR, for Appellant.

Ira J. Gibson, Toney, AL, pro se.

Stephen Witsell Jones, Mika Shadid Tucker, Jack & Nelson, Little Rock, AR, for Appellee.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Ira J. Gibson appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against her former employer, Millcreek of Arkansas. After careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006), this court agrees with the district court that summary judgment was proper. The undisputed evidence shows that Gibson, a teacher, was terminated for failing to obtain required certification; that she was not similarly situated to several other teachers who had received extensions of time to obtain certification; and that there were no openings for the new position that she sought. This court also agrees with the district court that Gibson did not make a viable 42 U.S.C. § 1983 claim.

The district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.